UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-08875 |
| Syed A. Imam | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Denying Debtor's Motion to Declare Ditech Unfit to Hold Mortgage Note, Issue a Final Cure and Mortgage Payment re: Rule 3002.1 and the case discharge**

For the reasons stated on the record in open court on May 2, 2019, the Debtor's motion to declare Ditech unfit to hold mortgage note, issue a final cure and mortgage payment re: Rule 3002.1 and the case discharge is denied.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: May 02, 2019