UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 13** |
| | ) | |
| **Syed A. Imam,** | ) | |
| | ) | **Bankruptcy Case No.: 13 B 08875** |
| | ) | **Honorable Donald R. Cassling** |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

I, Adam Cox, Courtroom Deputy to the Honorable Donald R. Cassling, certify that on or before May 2, 2019, I caused copies of the foregoing **ORDER DENYING DEBTOR'S MOTION TO DISMISS CREDITOR'S RESPONSE TO NOTICE OF FINAL CURE PAYMENT AND ORDER DENYING DEBTOR'S MOTION TO DECLARE DITECH UNFIT TO HOLD MORTGAGE NOTE, ISSUE A FINAL CURE AND MORTGAGE PAYMENT RE: RULE 3002.1 AND THE CASE DISCHARGE** dated May 2, 2019, served on the parties listed below via U.S. Mail (\*\*\*) or electronically via the Court's electronic notification system to:

*(Debtor)*
**Syed A. Imam** (\*\*\*)
701 S. Wells St. #1604
Chicago, IL 60607

*(Counsel for McCalla Raymer Pierce, LLC)*
**Dana O'Brien**
1 N. Dearborn Suite 1200
Chicago, IL 60602
dana.obrien@mccalla.com

*(Trustee)*
**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
ecf@tvch13.net, ecfchi@gmail.com

*(U.S. Trustee)*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

02 MAY 2019

_____
Adam Cox
Courtroom Deputy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division



In Re:  )  BK No.:  13-08875
Syed A. Imam  )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s)  )

**Order Denying Debtor's Motion to Dismiss Creditor's Response to Notice of Final Cure Payment**

For the reasons stated on the record in open court on May 2, 2019, the Debtor's motion to dismiss creditor's response to notice of final cure payment is denied.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: May 02, 2019



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 13-08875 |
|---|---|---|
| Syed A. Imam | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Denying Debtor's Motion to Declare Ditech Unfit to Hold Mortgage Note, Issue a Final Cure and Mortgage Payment re: Rule 3002.1 and the case discharge**

For the reasons stated on the record in open court on May 2, 2019, the Debtor's motion to declare Ditech unfit to hold mortgage note, issue a final cure and mortgage payment re: Rule 3002.1 and the case discharge is denied.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: May 02, 2019